Judge Thomas S. Zilly
Hearing Date:          August 7, 2015
Hearing Location:     Seattle
Response Date:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:                                        )
                                              )
ALEXANDER McLAREN                             )
                                              )     No. 2:14-cv-00575-TSZ
        Debtor                                )
                                              )
_____                 )     Bankruptcy Court No. 11-19860-KAO
                                              )
ALEXANDER McLAREN,                            )
THOMAS McLAREN, and                           )
RUTH EDWARDS                                  )
                                              )
        Appellants                            )     JOINDER OF TRUSTEE IN MOTION OF
                                              )     APPELLEES, THOMAS HSUEH, TRITON
v.                                            )     ENGINEERING, INC., AND TRITON-AMERICA,
                                              )     LLC FOR DISMISSAL OF APPEAL
PETER H. ARKISON, TRUSTEE,                    )
THOMAS HSUEH,                                 )     NOTING DATE: Friday, August 7, 2015
TRITON-AMERICA, LLC, and                      )
TRITON ENGINEERING, INC.,                     )
                                              )
        Appellees                             )
_____                 )

        Peter H. Arkison, the Trustee in the bankruptcy case of Alexander McLaren, joins in the

Motion of Appellees, Thomas Hsueh, Triton Engineering, Inc., and Trition-America, LLC, for

Dismissal of Appeal.

        As set forth in the Motion, this case is replete with delay after delay brought on by the

Appellants.

        In its Minute Order dated May 5, 2015, after approving the withdrawal of Ms Fullmer for

leave to withdraw the Court said, in bold type,:

        If appellants wish to retain substitute counsel, they shall do so and arrange for the new
        attorney or attorneys to appear.  Until and unless an attorney appears on behalf of

Trustee's Joinder in Support of Motion to          Law Offices of
Dismiss Appeal - 1                                 Peter H. Arkison
                                                   103 E. Holly Street, Suite 502
                                                   Bellingham, WA 98225-4728
                                                   (360) 671-0300

appellants, appellants will be deemed to be proceeding pro se.  Appellants are ADVISED that, if they choose to proceed pro se, they will have an obligation to keep the Court apprised of their contact information and to provide the Court with any changes, of address, and they will be expected to comply with the rules and order of this Court and will be held to the same standards as lawyers authorized to practice before this Court.

Lawyers admitted to practice before this Court are expected to comply with deadlines set by statutes, Court Rules, and Court Orders.  The Motion to Dismiss was filed on July 14, 2015. An attorney who is diligently representing the clients would have noted the missed deadline and immediately taken some action to correct it, probably by promptly filing the missing brief or asking for an extension.  As of August 1, 2015, over 30 days after the brief was due, the Appellants had filed nothing with respect to the brief.

There have been more than enough extensions given to the Appellants.  It is now time for the appeal to be dismissed.

Dated: August 5, 2015.


s/ Peter H. Arkison
Peter H. Arkison
Attorney for Appellee Trustee
WSBA 5530

Trustee's Joinder in Support of Motion to
Dismiss Appeal - 2

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300